UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570 (PCD) |
| *Plaintiffs*: | | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | December 16, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants respectfully request a seven day extension of time to December 23, 2004 to file an opposition to the Motion for Order of Compliance dated November 22, 2004 and filed by the individual plaintiff Patrick Arbelo. The defendants make this request for the following reasons:

Counsel for the defendants is in the process of drafting a Memorandum in Opposition to Motion for Order of Compliance. This process has required, among other things, reviewing the terms of the Agreement of Settlement entered into by the parties in 1990, reviewing documents relating to Mr. Arbelo, meeting various individuals at CVH concerning the particulars of the issues raised in the motion and drafting affidavits to accompany the defendants' memorandum. This process has not yet been completed, but will be within the next week.

Mr. Arbelo, who filed the Motion for Order of Compliance as an individual plaintiff in the above-referenced action, has been contacted and stated that he does not object to this request for extension of time.

This is the first extension of time requested by the defendants in response to the Motion

ORAL ARGUMENT NOT REQUESTED

for Order of Compliance.

                    DEFENDANTS

       BY:   RICHARD BLUMENTHAL
             ATORNEY GENERAL

             /s/ Thomas J. Ring
             Thomas J. Ring
             Assistant Attorney General
             Federal Bar No.  ct08293
             55 Elm Street
             P.O. Box 120
             Hartford, CT  06141-0120
             Tel: (860) 808-5210
             Fax: (860) 808-5385
             E-mail:  Thomas.Ring@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of December, 2004 first class postage prepaid to:

Mr. Patrick Arbelo
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

/s/Thomas J. Ring

Thomas J. Ring
Assistant Attorney General