

# STATE OF CONNECTICUT
## DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES
*A Healthcare Service Agency*

M. JODI RELL
GOVERNOR

THOMAS A. KIRK, JR., PH.D.
COMMISSIONER

November 29, 2004

Patrick Arbelo
Dutcher South 2
CT Valley Hospital

Dear Patrick Arbelo:

Thank you for your letter of November 4, 2004, in which you expressed concern regarding your individualized treatment as it relates to the Roe vs. Hogan consent decree. Specifically, you feel your placement on Dutcher South 2 violates the principles of the decree as you do not have the freedom for unsupervised on-campus passes; employment opportunities; opportunities for off campus rehabilitative and leisure activities; or for temporary leaves.

Roe vs. Hogan is focused on the provision of equal treatment. You have an individualized treatment plan that has been developed so that you may begin to address the issues that have caused you to be committed to the Psychiatric Security Review Board (PSRB). In the same fashion, civil patients would have such plans reflecting their reasons for admission. Treatment Teams follow the Department of Mental Health and Addiction Services' (DMHAS) policy in establishing privilege levels. As you progress in your own treatment, the treatment team will consider your appropriate privilege level. This is the same process for civil patients. It does not appear that appropriate and equal treatment is diminished by your current level of privilege.

Your current placement is considered to be an appropriate setting for you to begin your treatment. Once you have progressed to level 3b, you will be considered for a transfer to a community preparation unit. Your concern about a classification of dangerous can be addressed with the PSRB. However, your current assignment is not based on dangerousness.

Finally, we are understanding of your capabilities and do not find your placement on Dutcher South 2 to expose you to any increased risk.

Sincerely,

Thomas A. Kirk, Jr., Ph.D.
Commissioner

c:  Paul J. DiLeo, Chief Operating Officer, DMHAS
    Gail Sturges, Director, Forensic Services, DMHAS
    Garrell S. Mullaney, CEO, CVH
    Richard Bennett, WFD Division Director
    Betsy Nicholson, Dutcher Program Manager

(AC 860) 418-7000
410 Capitol Avenue, P.O. Box 341431 • Hartford, Connecticut 06134
www.dmhas.state.ct.us
*An Equal Opportunity Employer*

Attachment A