UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570(PCD) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | December 21, 2004 |

## AFFIDAVIT OF MICHAEL I. LAH, III, PH.D.

Michael I. Lah, III, Ph.D., being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge.

3. I am currently employed as a Supervising Forensic Psychologist at Connecticut Valley Hospital (CVH).

4. Patrick Arbelo was ordered committed to the jurisdiction of the Psychiatric Security Review Board (PSRB) for a maximum term of eight (8) years by order of the Connecticut Superior Court entered on November 13, 2003.  Exhibit A.

5. In its Final Order of Commitment, the court specifically designated Dutcher Hall at CVH as the placement facility for Mr. Arbelo.  Exhibit A.

6. In a Memorandum of Decision dated March 31, 2004, the PSRB, reviewing Mr. Arbelo's status, found that "Patrick Arbelo is a person who should be confined and he is mentally ill to the extent that his discharge or conditional release would constitute a danger to himself or others."  Exhibit B.

7. The PSRB then ordered that "Patrick Arbelo shall be confined at the Dutcher Service of Connecticut Valley Hospital for the purposes of care, custody and treatment."  Exhibit B.

8. Dutcher 2 South was created to provide patients who were not yet ready to transition to the community with a less restrictive alternative to the maximum security Whiting Service of the Whiting Forensic Division of CVH where Mr. Arbelo had been located prior to his transfer to Dutcher 2 South.

9. To the best of my knowledge, Patrick Arbelo has never requested a review of his case "by the Assistant Superintendent for Clinical Services, and/or by a senior medical staff psychiatrist who is designated by the Assistant Superintendent for Clinical Services" as is provided for in paragraph 18 of the Agreement of Settlement in <u>Roe v. Hogan</u>.

/s/ Michael I. Lah, III, Ph.D.
Michael I. Lah, III, Ph.D.

Subscribed and sworn to before me this 21st     day of December, 2004.

/s/ Thomas J. Ring
Commissioner of the Superior Court