# CURRICULUM VITAE
## Academic Year 2003-2004

**NAME:** Patrick K. Fox, M.D.

**EDUCATION:**

B.S., Rutgers University, New Brunswick, NJ 1990
M.D., UMDNJ-New Jersey School of Medicine, Newark, NJ 1994

**CAREER:**

**June 1994-June 1999: Yale University School of Medicine, Department of Psychiatry Post-Doctoral Residency**
-PGYV, Residency in Forensic Psychiatry, Law and Psychiatry Division, CMHC
-PGYIV, Chief Resident of PTSD/Anxiety Disorders Unit, West Haven VAMC
    Psychiatrist for the New Haven Office of Court Evaluations
-PGYIII, West Haven Veterans Affairs Mental Hygiene Clinic
-PGYII, Inpatient Adult and Child Psychiatry Rotations
-PGYI, Transitional Medicine/Psychiatry/Neurology Program

**July 1, 1999-Present: Yale University School of Medicine, Department of Psychiatry**
Assistant Clinical Professor
Consulting Forensic Psychiatrist, DMHAS, state of Connecticut

**PROFESSIONAL HONORS OR RECOGNITION:**

Recipient of the Laughlin Fellowship Award in Psychiatry-1998
Rutgers University Cooperative Academic Merit Scholarship-1990

**DEPARTMENTAL, UNIVERSITY ACTIVITIES:**

Member, Yale Department of Psychiatry Resident Selection Committee, 2000-2004

Coordinator, *Prison/Maximum Security Hospital Lecture Series* for the Yale Forensic Psychiatry Fellows, academic year 2000-2001, 2003-2004, 2004-2005

Supervise the Yale University School of Medicine Forensic Psychiatry Fellows during their clinical activities at Connecticut Valley Hospital, 1999-present

Participate in the weekly CMHC-Division of Law and Psychiatry rounds, 1999-present

Provide weekly supervision of a Yale Forensic Psychiatry Fellow, 2001-present

Lecturer, Law and Psychiatry Seminar for PGY-II class, March-June 2004.

Provide weekly supervision to Yale Medical Students as an interview or case write-up tutor, 2003-2004.

Exhibit A

## PROFESSIONAL SERVICE:

### Professional Organizations

Member of the American Psychiatric Association 1997-1999
Member of the American Medical Association 1998-2001
Member of the Connecticut Psychiatric Society 1997-1999
Diplomate, American Board of Psychiatry and Neurology, 1999
Diplomate, Forensic Psychiatry Subspecialty, American Board of Psychiatry and Neurology, 2001

### State of Connecticut Committees

Participant: Committee to Study Sexually Violent Persons, state of Connecticut Office of Policy and Management, 1998-1999.

DMHAS representative: Committee to Study Credentialing of Sexual Offender Treatment Providers, state of Connecticut Office of Policy and Management, 1999-2000.

DMHAS representative: Sex Offender Policy and Advisory Committee, state of Connecticut, Office of Policy and Management, 2000-2001, 2002-2003.

Member: Committee for Psychosexual Evaluation and Treatment, DMHAS-state of Connecticut, 2000.

Participant: DMHAS Restraint/Seclusion Task Force, *Best Practices Report and Recommendations: Working Toward the Elimination of Restraint & Seclusion*, 1999-2000.

DMHAS representative, Special Populations Project: Model Development, 2001.

DMHAS-Division of Forensic Services representative, Preferred Practices Committee: Providing Services to those with Problem Sexual Behaviors, 2002.

DMHAS representative, Preferred Practices in Behavioral Health Workgroup, 2002.

DMHAS, Commissioner's Policy Work Group: *Limits to Confidentiality*, 2002.

### Presentations

*Jail Diversion, Balancing of the Court's Interests*, American Academy of Psychiatry and the Law, Annual Convention, Baltimore, MD, 1999.

*Outpatient Civil Commitment*, American Academy of Psychiatry and the Law, Annual Convention, Vancouver, BC, 2000.

DMHAS-Connecticut, Forensic Grand Rounds, *Substance Abuse Relapse Prevention for Insanity Acquittees, Recent Research Findings*, presented at Connecticut Valley Hospital, 8/20/01.

University of Connecticut, School of Medicine/Correctional Mental Health Conference, *Sex Offenders: Risk Assessment, Management & the Possibilities for Treatment*, presented at UCHC on 12/18/01 and at Cheshire Correctional Center on 1/8/02.

Veterans Administration-Connecticut Healthcare System, <u>Forensic Committee Conference</u>, *Violence Risk Assessment*, and *Violence Risk Management*, presented at the West Haven Veterans Administration Hospital on 6/4/02.

*Competency to be Executed*, Yale Medical Student Psychiatric Association, April, 2004.

*Melissa's Project: Probate Court-Monitored Treatment*, American Academy of Psychiatry and the Law, Annual Convention, Scottsdale, Az., 2004.

## Bibliography

Morgan III, C.A., Hill, S.R., Fox, P.K., Kingham, P., & Southwick, S.M. Anniversary Reactions in Gulf War Veterans: A Follow-up Inquiry Six Years After the War. <u>American Journal of Psychiatry</u> 156:1075-1079, July 1999.

Charles A. Morgan III, Sheila Wang, John Mason, Steven M. Southwick, Patrick Fox, Gary Hazlett, Dennis M. Charney, and Gary Greenfield, Hormone Profiles in Humans Experiencing Military Survival Training. <u>Biological Psychiatry</u> 47:891-901, May 2000.