UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570(PCD) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | December 21, 2004 |

## AFFIDAVIT OF VIRGINA B. JOHNSON, M.D.

Virginia B. Johnson, M.D., being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge.

3. I am currently employed as a psychiatrist at Connecticut Valley Hospital (CVH).

4. I am the Medical Director of the Dutcher 2 South unit at CVH and have acted in that capacity since Dutcher 2 South opened in January, 1999.

5. I am the Attending Psychiatrist for Patrick Arbelo and have been Mr. Arbelo's Attending Psychiatrist since he was transferred to Dutcher 2 South in 2003.

6. In a status report submitted to the Psychiatric Security Review Board (PSRB) in August, 2004, I concluded that Mr. Arbelo remained at risk for repeated violence of self and others without further intensive therapy such as can be provided on Dutcher 2 South.

7. Subsequent to the submission of my report to the PSRB in August, 2004, Mr. Arbelo has experienced episodes of angry outbursts, as documented in his medical record.

8. Mr. Arbelo recently told me that he considers his life a waste, "27 years have been wasted," which is a sign of his hopelessness and depression.

9.  I currently have a heightened concern about Mr. Arbelo's risk of danger to himself without significant improvement in his depression and psycho-social and vocational supports.

10.  It is my opinion that Mr. Arbelo is appropriately placed on Dutcher 2 South and is not currently an appropriate candidate for transfer to another unit in the Dutcher Service on the basis of his clinical status.

11.  To the best of my knowledge, Patrick Arbelo has never requested a review of his case "by the Assistant Superintendent for Clinical Services, and/or by a senior medical staff psychiatrist who is designated by the Assistant Superintendent for Clinical Services" as is provided for in paragraph 18 of the Agreement of Settlement in <u>Roe v. Hogan</u>.

/s/ Virgina B. Johnson, M.D.
Virginia B. Johnson, M.D.

Subscribed and sworn to before me this 21st     day of December, 2004.

/s/ Thomas J. Ring
Commissioner of the Superior Court