**MANDATE**

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT



---

ROE V. HOGAN

DOCKET NUMBER 00-7850

---

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs, without attorneys' fees and without prejudice, subject to reinstatement by written notice to the Clerk of this Court by __April 30, 2001_____. If not thus reinstated, the appeal shall be deemed withdrawn with prejudice.

Counsel for Appellant
Thomas J. Ring, AAG
Attorney General's Office

Counsel for Appellee
Attorney Daniel J. Klau
Wiggin & Dana

Counsel: Please print name and firm name under signature.

Dated:

So Ordered:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

NOV - 6 2000

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED: JAN 0 4 2005