UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM ROE, et al., on behalf of themselves
and all others similarly situated,
     *Plaintiff,*

vs.

MICHAEL HOGAN, et al,
     *Defendant,*

Case No: H89 - 570 (PCD)

10th, January, 2004

## MOTION FOR EXTENSION OF TIME

 Patrick A. Arbelo who is a class member by virtue of his status and plaintiff in the above captioned action respectfully moves The Honorable Court for an extension of time within which to file his OBJECTION AND MEMORANDUM OF LAW to the defendants MEMORANDUM IN OPPOSITION to this MOTION FOR ORDER OF COMPLIANCE. Plaintiff is requesting a 30 day extension of time in this matter.

SPECIFIC FACTS

 The plaintiff is incarcerated and opposing counsel dose not object to the requested extension. This is plaintiff's first request for an extension of time. Mr. Arbelo respectfully requests that The Honorable Court take notice of the fact that he is an individual with Bilateral Blindness Secondary to Congenital Glaucoma. Plaintiff with the assistance of a peer commenced working on the objection and memorandum of law and is in the process of drafting the brief. The requested extension to and including February 17th, 2005 is necessary in order to properly prepare and present the plaintiff's Memorandum of Law.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
PATRICK ARBELO

_____
PATRICK ARBELO
P. O. BOX 351
MIDDLETOWN, CONNECTICUT 06457

1

## CERTIFICATION OF THE SERVICE

I, Patrick Arbelo hereby certify that a true copy of the forgoing Motion For Extension of Time was duly served by U.S. Mail, in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure, postage prepaid on this 10 th, day of January 2005 to:

> Thomas Ring, Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, Connecticut 06141 - 0120

Mr. Patrick Arbelo
P.O. Box 351 Silver Street
Middletown, Connecticut, 06457

2

CERTIFICATION OF THE SERVICE

I, Patrick Arbelo hereby certify that a true copy of the forgoing Motion For Extension of Time was duly served by U.S. Mail, in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure, postage prepaid on this 10 th, day of January 2005 to: