UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM ROE, et al., on behalf of themselves
and all others similarly situated,

                *Plaintiff,*

vs.

MICHAEL HOGAN, et al,

                *Defendant,*

Case No: H89-570 (PCD)

FILED
2005 MAR -1 P 1: 37
U.S. DISTRICT COURT
NEW HAVEN, CT

14th, February 2005

## MOTION FOR EXTENSION OF TIME

Patrick A. Arbelo who is a class member by virtue of his status and plaintiff in the above captioned action respectfully moves The Honorable Court for an extension of time within which to file his OBJECTION AND MEMORANDUM OF LAW to defendants MEMORANDUM IN OPPOSITION to this MOTION FOR ORDER OF COMPLIANCE. Plaintiff is requesting a 30 day extension of time in this matter.

### SPECIFIC FACTS

The plaintiff is incarcerated and opposing counsel dose not object to the requested extension. This is plaintiff's second request for an extension of time. Mr. Arbelo respectfully requests that The Honorable Court take notice of the fact that he is an individual with Bilateral Blindness Secondary to Congenital Glaucoma. Plaintiff with the assistance of a peer commenced working on the objection and memorandum of law and is in the process of drafting the brief.

While in the latter stages of briefing, the plaintiff's peer advocate was forced to commence work on an other matter pertaining a stabbing assault on his Ward, therefore he was forced to stop and stopped working on the present matter pending before The Honorable Court.

1

Since plaintiff last requested an extension on 10th, January 2005 his peer advocate also moved on plaintiff's behalf the Superior Court Judicial District of Fairfield at Bridgeport for the appointment of Counsel for Mr. Arbelo on the commitment to the Psychiatric Security Review Board.

Mr. Arbelo appeared in person and moved on oral argument in his case, the motion and preparations for oral argument were prepared by plaintiff's peer advocate. The plaintiff's peer advocate since been arduously attempting to complete the brief. Plaintiff thus respectfully request for an extension to and including March 9, 2005. The requested extension is necessary in order to properly prepare and present the plaintiff's Memorandum of Law.

Pursuant to 28 U.S.C., § 1746, I declare under penalty of perjury that the forgoing motion for extension of time was placed in the C.V.H. institutional mail box on the 14th, day of February 2005.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
PATRICK ARBELO

_____
PATRICK ARBELO
P. O. Box 351
MIDDLETOWN, CONNECTICUT 06457

CERTIFICATION OF THE SERVICE

I, Patrick Arbelo hereby certify that a true copy of the forgoing Motion For Extension of Time was duly served by U.S. Mail, in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure, postage prepaid on this 14 th, day of February 2005 to:

Thomas Ring, Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141 - 0120

_____
Mr. Patrick Arbelo
By: Robert Kalman

2