

# STATE OF CONNECTICUT

### DEPARTMENT OF MENTAL HEALTH AND ADDICITON SERVICES
*A HEALTHCARE SERVICE AGENCY*

M. JODI RELL
GOVERNOR

THOMAS A. KIRK, JR., P.H.D.
COMMISSIONER

June 21, 2005

Mr. James Kelly
Connecticut Valley Hospital
Dutcher Hall, South 2
P. O. Box 351 – Silver Street
Middletown, CT 06457

Dear Mr. Kelly:

I am writing in response to your letter dated June 4, 2005. I understand your concerns as they relate to Roe v. Hogan and I take them very seriously and have asked my staff to investigate your situation with your treatment providers on the Dutcher Unit.

I have received reassurances based on their inquiries and research that the Dutcher Unit is the most appropriate level of care to meet your current psychiatric needs and that it is also the least restrictive setting for appropriately addressing them. I understand that you have not been denied access to appropriate psychiatric care. Therefore, I have seen no violation of the conditions set forth in the Roe v. Hogan settlement agreement.

However, in addition to my response, I need to know that patients are aware of other options for advocacy and assistance with concerns. The information you have sent me demonstrates that you are aware of some of the different avenues with which you can address concerns, specifically, to your attorney, through the hospital's Patient Grievance process as well as through the Connecticut Legal Rights Project.

I encourage you to work with your treatment team in the achievement of your goals.

Sincerely,

Thomas A. Kirk, Jr., Ph.D.
Commissioner

c:   Thomas King, Assistant Director, Division of Forensic Services, DMHAS
     Ann Smith, Attorney, DMHAS
     Richard Bennett, Director, Whiting Forensic Division, CVH
     Betsy Nicholson, Manager, Dutcher Unit, WFD, CVH

*Attachment A*

(AC 860) 418-7000
410 Capitol Avenue, P.O. Box 341431 • Hartford, Connecticut 06134
www.dmhas.state.ct.us
*An Equal Opportunity Employer*