FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| WILLIAM ROE, et al., on behalf of themselves and all others similarly situated,<br>PLAINTIFF,<br>VS.<br>MICHAEL HOGAN, ET AL,<br>DEFENDANT | CASE NO: H89-570 (PCD)<br><br>AUGUST 8TH, 2005 |

## MOTION FOR EXTENSION OF TIME

James Kelly who is a class member by virtue of his status and plaintiff in the above captioned action respectfully moves the Honorable Court for an Extension of Time within which to file his Objection to Defendants Memorandum in Opposition to his Motion for Order of Compliance.   Plaintiff is requesting a 30 day extension of time in this matter up in until and including September 8th, 2005.

### SPECIFIC FACTS

1. Mr. Kelly is confined at Connecticut Valley Hospital and he is without legal assistance from counsel of record the Connecticut Civil Liberties Union Foundation or the Connecticut Legal Rights Project.

2. Counsel of record has been aware of the legal issues regarding compliance

1

with the Consent Decree since July of 2001, but has refused to intervene.

3. The plaintiff needs to amend his Motion for Order of Compliance to better assert his rights under the Consent Decree.

Pursuant to 28 U.S.C., § 1746, I declare under penalty of perjury that the forgoing motion for Extension of Time was placed in the C.V.H. institutional mail box on this 8th day of August, 2005.

Respectfully Submitted,

*James Kelly*

James Kelly
P. O. Box 351
Middletown, Connecticut 06457

### Certification

I, James Kelly hereby certify that a true copy of the forgoing Motion for Extension of Time was mailed on August 8th, 2005, to:

Thomas Ring,   Assistant Attorney General
55 Elm Street , P.O. Box 120
Hartford, Connecticut 06141 - 0120

*James Kelly*

James Kelly