UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 17 P 2: 28

U.S. DISTRICT COURT
NEW HAVEN. CT

| | |
|---|---|
| WILLIAM ROE, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) CASE NO: H89-570 (PCD) |
| PLAINTIFF, | ) ) |
| VS. | ) |
| MICHAEL HOGAN, ET AL, | ) AUGUST 12TH, 2005 |
| DEFENDANT | ) ) |

## MOTION FOR LEAVE TO FILE AN AMENDED PLEADING

Plaintiff James Kelly, pursuant to Rules 15(a) and 19(a), of the Federal Rules of Civil Procedure requests leave to file an amended Motion for Order of Compliance in order to correct errors in his original pleading.

1.  This Court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182, 83 S. Ct. 227 (1962); Interroyal Corp. v Sponseller, 889 F.2d 108, 112 (6th Cir.), cert. Denied, 494 U.S. 1090 (1990).

Signed this 12th day of August, 2005.

Respectfully Submitted,

*James Kelly*

Mr. James Kelly
Connecticut Valley Hospital
Dutcher Hall, South 2
Middletown, Connecticut 06457