UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 17 P 2:28
U.S. DISTRICT COURT
NEW HAVEN, CT

WILLIAM ROE, et al., on behalf of themselves and all others similarly situated,

    PLAINTIFF,

VS.

MICHAEL HOGAN, ET AL,

    DEFENDANT

CASE NO: H89-570 (PCD)

AUGUST 12TH, 2005

## OBJECTION TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR ORDER OF COMPLAINCE

The plaintiff, James Kelly objects to the defendant's Memorandum in Opposition to his Motion for Order of Compliance. The defendant's have opposed the plaintiff's Motion for Order of Compliance stating that;

1. They have not violated the terms of the Agreement of Settlement.
2. That the plaintiff who is a class member by virtue of his status has failed to avail himself of the review process provided for in the Agreement of Settlement.
3. The motion was not filed by counsel designated by the Court.

## I. THE DEFENDANT'S HAVE VIOLATED THE TERMS OF THE AGREEMENT OF SETTLEMENT

A. The Treatment Decisions Concerning The Plaintiff Have Been Made On The Basis Of Connecticut Valley Hospital Policy That Governs The Restrictive Setting He Has Been Place In

The plaintiff has amended his Motion for Order of Compliance in order to correct errors and better assert his claims against the defendant's. The plaintiff asserts that all treatment decisions are based on Hospital Policy which was created by the Defendant's. The defendant's have been in violation of the Agreement of Settlement since January of 2001, when the unit that the plaintiff is confined on was opened.

Individual evaluations and assessments do not reveal any symptoms that are refractory in nature; the plaintiff doesn't suffer from a mental disability that is out of the ordinary which indicates that he should be treated differently than other clients within the class of individuals who are committed to the Psychiatric Security Review Board.

## II. MR. KELLY DID FOLLOW THE APPROPRIATE PROCEDURE DESPITE THE DEFENDANT'S ASSERTIONS TO THE CONTRARY.

The defendant's assert that the plaintiff has a disagreement with his treatment team on the unit where he resides and that he should have followed the procedure outlined in the Agreement of Settlement which entails requesting a review of his case through the Chief of Professional Services.

The Plaintiff is alleging that the defendant's are in violation of the Agreement of Settlement and in accordance with Paragraph 29 of the Agreement the plaintiff sent notice to the defendant Thomas Kirk in a letter dated June 4th, 2005. The defendant failed to respond within the ten day time period and consequently the plaintiff filed his Motion for Order of Compliance.

### III. THE DEFENDATNT'S ASSERT THAT CLASS COUNSEL HAS NOT APPLIED FOR A COMPLAINACE ORDER

The defendant's in their last claim in opposition assert that the Federal Rules of Civil Procedure require that the legal interests of a class be at all times represented by qualified, experienced counsel designated by the court.

The class is indeed represented by counsel, the Connecticut Civil Liberties Union Foundation. In accordance with the Agreement of Settlement, Paragraph 29, "plaintiffs may initiate proceedings in this court as part of this case. By virtue of his status, the plaintiff, James Kelly is a plaintiff in this case.

For all of the foregoing reasons and based on the plaintiff's amended pleading filed with this Court, the defendant's opposition should be denied.

The plaintiff

*James Kelly*

Mr. James Kelly
Connecticut Valley Hospital
Dutcher Hall
Middletown, Connecticut 06457

## **CERTIFICATION**

I James Kelly hereby certify that a copy of the foregoing Amended Motion for Order of Compliance, Leave of Court to Amend and the plaintiff's Objection to the defendant's opposition was mailed postage pre paid to Thomas Ring, Assistant Attorney General, Office of The Attorney General, 55 Elm St., Hartford, Connecticut 06144 on this 12th day of August, 2005.

*James Kelly*
James Kelly
Connecticut Valley Hospital
Dutcher Hall
Whiting Forensic Division
351 Silver Street
Middletown, Connecticut 06457