**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570 (PCD) |
| *Plaintiffs*: | | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | January 24, 2007 |

<u>**DEFENDANTS' MOTION FOR EXTENSION OF TIME**</u>

The defendants respectfully request a fourteen day extension of time to February 8, 2007 to file an opposition to the Amended Motion for Order of Compliance, docketed on January 5, 2007, and filed by the individual plaintiff James Kelly.  The defendants make this request for the following reasons:

Counsel for the defendants is in the process of drafting a Memorandum in Opposition to Amended Motion for Order of Compliance.  This process has required, among other things, reviewing the terms of the Agreement of Settlement entered into by the parties in 1990, reviewing documents relating to Mr. Kelly, meeting various individuals at Connecticut Valley Hospital concerning the particulars of the issues raised in the motion and drafting affidavits to accompany the defendants' memorandum.  This process has not yet been completed, but will be within the next two weeks.

Mr. Kelly, who filed the  Amended Motion for Order of Compliance as an individual plaintiff in the above-referenced action, has been contacted and stated that he does not object to this request for extension of time.


ORAL ARGUMENT NOT REQUESTED

This is the first extension of time requested by the defendants in response to the

Amended Motion for Order of Compliance.

DEFENDANTS

BY:    RICHARD BLUMENTHAL
       ATORNEY GENERAL

_____
Thomas J. Ring
Assistant Attorney General
Federal Bar No.  ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail:  Thomas.Ring@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing  Motion for Extension of Time  was mailed

in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of January,

2007  first class postage prepaid to:


Mr. James Kelly
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

                                               _____

                                               Thomas J. Ring
                                               Assistant Attorney General