UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL.<br>*Plaintiffs* | : | CIVIL ACTION NO. H89-570 (PCD) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL.<br>*Defendants* | : | February 7, 2007 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants respectfully request a fourteen day extension of time to February 22, 2007 to file an opposition to the Amended Motion for Order of Compliance, docketed on January 5, 2007, and filed by the individual plaintiff James Kelly. The defendants make this request for the following reasons:

Counsel assigned to this matter, Thomas J. Ring, is ill, and will need additional time to complete this motion. Mr. Kelly, who filed the Amended Motion for Order of Compliance as an individual plaintiff in the above-referenced action, has been contacted and stated that he does not object to this request for extension of time.

ORAL ARGUMENT NOT REQUESTED

This is the second extension of time requested by the defendants in response to the Amended Motion for Order of Compliance.

                              DEFENDANTS

BY:    RICHARD BLUMENTHAL
          ATORNEY GENERAL

_____
Richard J. Lynch
Assistant Attorney General
Federal Bar No. ct05764
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: Richard.Lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of February, 2007 first class postage prepaid to:

Mr. James Kelly
P.O. Box 351
Silver Street
Middletown, CT  06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT  06106

Richard J. Lynch
Assistant Attorney General