UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570 (PCD) |
| *Plaintiffs*: | | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | June 8, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The defendants respectfully request a fourteen day extension of time to June 25, 2007 to file an opposition to the Motion for Order of Compliance, dated May 21, 2007, and filed by the individual plaintiff Roy Sastrom. The defendants make this request for the following reasons:

Counsel for the defendants is in the process of drafting a Memorandum in Opposition to the Motion for Order of Compliance. This process requires, among other things, reviewing the terms of the Agreement of Settlement entered into by the parties in 1990, reviewing documents relating to Mr. Sastrom, meeting various individuals at Connecticut Valley Hospital concerning the particulars of the issues raised in the motion and drafting affidavits to accompany the defendants' memorandum. This process has not yet been completed, but should be within the next two weeks.

Mr. Sastrom, who filed the Motion for Order of Compliance as an individual plaintiff in the above-referenced action, has been contacted and stated that he does not object to this request for extension of time.

ORAL ARGUMENT NOT REQUESTED

      This is the first extension of time requested by the defendants in response to Mr. Sastrom's Motion for Order of Compliance.

                          DEFENDANTS

                  BY:   RICHARD BLUMENTHAL
                          ATORNEY GENERAL

                          /s/ Thomas J. Ring_____
                          Thomas J. Ring
                          Assistant Attorney General
                          Federal Bar No. ct08293
                          55 Elm Street
                          P.O. Box 120
                          Hartford, CT  06141-0120
                          Tel: (860) 808-5210
                          Fax: (860) 808-5385
                          E-mail:  Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of June, 2007 first class postage prepaid to:

Mr. Roy Sastrom
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

/s/ Thomas J. Ring
Thomas J. Ring
Assistant Attorney General