**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570 (PCD) |
| *Plaintiffs*: | | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | June 22, 2007 |

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME

The defendants respectfully request a fourteen day extension of time to July 9, 2007 to file an opposition to the Motion for Order of Compliance, dated May 21, 2007, and filed by the individual plaintiff Roy Sastrom. The defendants make this request for the following reasons:

Counsel for the defendants is in the process of drafting a Memorandum in Opposition to the Motion for Order of Compliance. This process requires, among other things, reviewing the terms of the Agreement of Settlement entered into by the parties in 1990, reviewing documents relating to Mr. Sastrom, meeting various individuals at Connecticut Valley Hospital concerning the particulars of the issues raised in the motion and drafting affidavits to accompany the defendants' memorandum. Due to the unavailability of key individuals at Connecticut Valley Hospital, defendants' counsel has been unable to complete this process. The defendants' Memorandum in Opposition will be completed within the next two weeks.

The undersigned counsel for the defendants attempted to contact Mr. Sastrom, who filed the Motion for Order of Compliance as an individual plaintiff in the above-referenced action, once on June 21, 2007 and twice on June 22, 2007, but was unsuccessful in reaching him to determine his position on this motion.

ORAL ARGUMENT NOT REQUESTED

This is the second extension of time requested by the defendants in response to Mr. Sastrom's Motion for Order of Compliance.

                      DEFENDANTS

BY:   RICHARD BLUMENTHAL
        ATORNEY GENERAL

/s/ Thomas J. Ring_____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: Thomas.Ring@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22nd day of June, 2007 first class postage prepaid to:

Mr. Roy Sastrom
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

/s/ Thomas J. Ring_____
Thomas J. Ring
Assistant Attorney General