UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570(PCD) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | July 9, 2007 |

## AFFIDAVIT OF JOHN L. YOUNG, M.D.

John L. Young, M.D., being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge and review of official records.

3. I am currently employed as a psychiatrist at Connecticut Valley Hospital (CVH) and am Roy Sastrom's treating psychiatrist at the Whiting maximum-security services within CVH.

4. On July 1, 1994, Roy Sastrom was committed to the jurisdiction of the Psychiatric Security Review Board (PSRB) for a maximum term of forty (40) years after being found not guilty by reason of mental disease or defect on charges of attempted larceny in the first degree (four counts), threatening (4 counts) and harassment (4 counts) and admitted to the Whiting Forensic Division of CVH.

5. On May 2, 2001, the PSRB concluded that Mr. Sastrom could be transferred within the Whiting Forensic Division of CVH from the maximum-security services to the Dutcher Service.

6. On May 2, 2001, Mr. Sastrom was transferred from the maximum-security service to the Dutcher 2 South unit, which is a highly structured unit that prepares patients for the community preparation units within the Dutcher Service.

7. The PSRB approved the transfer of Mr. Sastrom to the Dutcher North 3 unit, which is a community preparation unit, on April 8, 2002.

8. On July 4, 2002, Mr. Sastrom went absent without leave (AWOL) from the Dutcher North 3 unit.

9. Mr. Sastrom was apprehended and arrested by the Connecticut State Police on July 5, 2002 and later returned to the Whiting maximum-security unit.

10. On September 30, 2004, the PSRB approved Mr. Sastrom's transfer back to the Dutcher North 3 unit.

11. On August 14, 2006, Mr. Sastrom went AWOL during a community visit on which he was escorted by CVH staff.

12. Mr. Sastrom was subsequently arrested in Maine on August 22, 2006 and then transferred to the maximum-security hospital in Augusta, Maine.

13. On August 22, 2006, the PSRB ordered that Mr. Sastrom be confined under conditions of maximum security at CVH when he was returned to Connecticut.

14. On November 9, 2006, Mr. Sastrom was convicted in the Maine Superior Court (Skowhegan) of burglary, theft by unauthorized taking or transfer, and unauthorized use of property, sentenced to time served and a fine, and transferred back to the Whiting maximum-security service.

15. On November 13, 2006, Mr. Sastrom was taken to the Connecticut Superior Court, and then remanded to the custody of the Department of Correction and transferred to the Garner Correctional Institution in Newtown, Conntecticut (Garner).

16. On December 20, 2006 Mr. Sastrom was transferred from Garner to the Whiting maximum-security services, where he remains to this day.


/s/ John L. Young
John L. Young, M.D.


Subscribed and sworn to before me this 6th day of July, 2007.


/s/ Thomas J. Ring
Thomas J. Ring
Commissioner of the Superior Court