UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570(PCD) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | July 6, 2007 |

## AFFIDAVIT OF CHARLES DIKE, M.D.

Charles Dike, M.D., being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge and review of official records.

3. I am currently employed as a psychiatrist at Connecticut Valley Hospital (CVH) and am the Medical Director of the Whiting Forensic Division of CVH.

4. In response to Roy Sastrom's letter to Luis Perez, dated April 24, 2007, Dr. Stuart Forman, who is the Chief of Professional Services at CVH, asked me to review Mr. Sastrom's diagnosis and recommended treatment. I am not a member of Mr. Sastrom's treatment team.

5. I subsequently reviewed Mr. Sastrom's medical records and met with members of Mr. Sastrom's treatment team to discuss his diagnosis and treatment.

6. As a result of my review, I concluded that Mr. Sastrom's current diagnosis of Borderline Personality Disorder was both consistent with previous diagnoses and appropriate. I further concluded that the recommended treatment of Dialectical

Behavioral Therapy is recognized as an appropriate treatment for Borderline Personality Disorder.

7. Based on my review, I am in agreement with the treatment plan for Roy Sastrom as written by his treatment team.

8. Subsequent to my review, I notified Mr. Sastrom that I had conducted my review and what the results of my review were.

9. With regard to the question of whether Mr. Sastrom requires confinement under conditions of maximum security, I am aware that under Connecticut law, the Psychiatric Security Review Board (PSRB) is the state agency authorized to determine whether acquittees under the jurisdiction of the PSRB require confinement under conditions of maximum security.

10. In August, 2006, the PSRB ordered that Mr. Sastrom be confined under conditions of maximum security upon his return to Connecticut from Maine. That order remains in effect at this time.

11. The need for Mr. Sastrom to be confined under conditions of maximum security was discussed at a meeting of the Forensic Review Committee at CVH (FRC) on May 7, 2007. Mr. Sastrom was notified of the FRC's conclusions in that regard.

12. The FRC concluded at its May 7 2007 meeting that, based on recent behaviors of Mr. Sastrom, it was not an appropriate time to recommend to the PSRB that

it order a transfer of Mr. Sastrom out of the maximum-security service.

/s/ Charles Dike_____
Charles Dike, M.D.

Subscribed and sworn to before me this 6th day of July, 2007

Thomas J. Ring_____
Thomas J. Ring
Commissioner of the Superior Court