UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | CIVIL ACTION NO. H89-570 (PCD) |
| *Plaintiffs*: | | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | July 10, 2007 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

The defendants respectfully move for a protective order that they not be required to respond to discovery by the plaintiff Roy Sastrom in connection with his post-judgment Motion for Order of Compliance, which is currently pending before the Court.

Mr. Sastrom filed a Motion for Order of Compliance dated May 21, 2007. He subsequently issued Interrogatories and Requests for Production dated June 11, 2007, without authorization from the Court to conduct discovery or any showing of a need for discovery relating to his Motion for Order of Compliance.

WHEEFORE, the defendants urge the Court to enter a protective order that they not be required to respond to the Interrogatories and Requests for Production issued by Roy Sastrom on June 11, 2007.


ORAL ARGUMENT NOT REQUESTED

                DEFENDANTS

     BY:   RICHARD BLUMENTHAL


          __/s/ Thomas J. Ring__
          Thomas J. Ring
          Assistant Attorney General
          Federal Bar No. ct 08293
          55 Elm Street
          P.O. Box 120
          Hartford, CT 06141-0120
          Tel: (860) 808-5210
          Fax: (860) 808-5210
          E-mail: Thomas.Ring@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Protective Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of July, 2007 first class postage prepaid to:

Mr. Roy Sastrom
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

/s/ Thomas J. Ring
Thomas J. Ring
Assistant Attorney General

Case 2:89-cv-00570-PCD   Document 117   Filed 07/11/2007   Page 4 of 4