WILLIAM ROE, et al., on behalf of       :
Themselves and all others               :
Similarly situated                      :
                                        :
                Plaintiffs              :
                                        :    CIVIL NO. H89-570 (PCP)
        v.                              :
                                        :
MICHAEL HOGAN, et al.                   :
                                        :    8-16-07
                Defendants              :

## SUPPLEMENTAL MOTION FOR ORDER OF COMPLIANCE

### HISTORY

The plaintiff, Roy Sastrom brought a Motion for Order of Compliance in this matter in May of 2007, alleging that the defendant's were in violation of the Settlement of Agreement.

In July of 2007, the defendant's opposed the plaintiffs' motion claiming that they were not in violation of the Settlement of Agreement. Also in July of 2007, the defendant's filed a Motion for a Protective Order seeking to circumvent the plaintiff's request for Interrogatories and Production of Documents.

The plaintiff is alleging that since the filing of his original Motion for Order of Compliance that the defendant's have violated the Agreement of Settlement.

### SUPPLEMENTAL ALLEGATIONS

The defendant's failed to review and update the plaintiffs' Master Treatment in June of 2007.

The defendant's scheduled a Master Treatment Plan Review for June 25th, 2007, for the purposes of reviewing the plaintiffs' Master Treatment Plan, but then they failed to conduct that review pursuant to paragraph (17) of the Agreement of Settlement.

Paragraph (17) of the Agreement of Settlement requires that, "<u>Each master treatment plan shall be reviewed and updated at least every sixty days during the patient's first year of treatment, and at least every ninety days thereafter, in accordance with the current applicable JCAHO standards. A copy of the updated treatment plan shall be forwarded to the Assistant Superintendent of Clinical Services.</u>"

WHERFORE, the plaintiff motions this Court to enter a Supplemental Order of Compliance compelling the defendant's to comply with the Agreement of Settlement in this matter.

Signed this 16th day of August, 2007,

*[signature]*
Roy Sastrom
Whiting Forensic Division
Connecticut Valley Hospital
P.O. Box 70, O'Brien Dr.
Middletown, Connecticut 06457

## CERTIFICATION

I hereby certify that the attached Supplemental Motion for Order of Compliance was mailed to counsel for the defendant's, Thomas Ring, Assistant Attorney General, 55 Elm St., Hartford, Connecticut 06106, on August 16th, 2007.

Signed this 16th day of August, 2007,

*/s/ Roy Sastrom*
Roy Sastrom
Whiting Forensic Division
Connecticut Valley Hospital
P.O. Box 70, O'Brien Dr.
Middletown, Connecticut 06457