UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL.<br>*Plaintiffs* | : | CIVIL ACTION NO. H89-570(PCD) |
| v. | : | |
| MICHAEL HOGAN, ET AL.<br>*Defendants* | : | September 14, 2007 |

### DEFENDANTS' OPPOSITION TO SUPPLEMENTAL MOTION FOR ORDER OF COMPLIANCE

The defendants hereby oppose the Supplemental Motion for Order of Compliance filed by Roy Sastrom and dated August 16, 2007. The basis of the Supplemental Motion is Mr. Sastrom's contention that the defendants "failed to review and update the plaintiff's Master Treatment in June of 2007." As documented in the attached affidavit from the Unit Director of the unit where Mr. Sastrom currently resides, a three month treatment plan review concerning Mr. Sastrom was held on June 26, 2007 and resulted in the Treatment Plan Review document attached as Exhibit A to that affidavit. Consequently, there is no basis for the claim asserted in the Supplemental Motion, and that motion should be denied.

DEFENDANTS

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: Thomas.Ring@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Opposition to Supplemental Motion for Compliance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this ~~14th~~ 17th day of July, 2007 first class postage prepaid to:

Mr. Roy Sastrom
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

_____
Thomas J. Ring
Assistant Attorney General

3