## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM ROE, ET AL.<br>*Plaintiffs* | : CIVIL ACTION NO. H89-570(PCD)<br>:<br>: |
| v. | :<br>: |
| MICHAEL HOGAN, ET AL.<br>*Defendants* | :<br>: September 14, 2007 |

### AFFIDAVIT OF SANDRA DEFRANCESCO

Sandra DeFrancesco, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge and review of official records.

3. I am currently the Unit Director of Unit 5 at the Whiting maximum-security services within Connecticut Valley Hospital (Unit 5).

4. Roy Sastrom has been a patient on Unit 5 since December of 2006.

5. A three month treatment plan review concerning Mr. Sastrom was scheduled for, and held on, June 26, 2007.

6. Mr. Sastrom was provided notice of the June 26, 2007 treatment plan review meeting approximately one month prior to the scheduled date of June 26, 2007.

7. On June 26, 2007, Mr. Sastrom told me that he would not be attending the treatment plan review meeting concerning him that was scheduled for that day.

8. The treatment plan review meeting was held as scheduled and resulted in the June 26, 2007 Treatment Plan Review document that is attached hereto as Exhibit A.

9. I noted on the Treatment Plan Review document that Mr. Sastrom had refused to attend the meeting.

_____
Sandra DeFrancesco

Subscribed and sworn to before me this 14th day of September, 2007

_____
Thomas J. Ring
Commissioner of the Superior Court

CVH-550(c) CONNECTICUT VALLEY HOSPITAL
Rev. 9/04    TREATMENT PLAN REVIEW    Patient Name Roy Sastrom

[ ] General Psychiatry Division
[X] Whiting Forensic Division    Page 1 of 4    MPI # 153413    *Print or Addressograph Imprint*
*Spanish Template Available*
Current Legal Status NGRI    Date of Admission 12/26/06    Date of Review 6/26/07

| CATEGORY PROBLEM NUMBER | REVIEW OF PROBLEMS, SHORT TERM GOALS/OBJECTIVES, TREATMENT APPROACH AND GENERAL PROGRESS |
|---|---|
| 1.1 Axis I | **Problem:** You have abused alcohol and cannabis. This is now in full remission.<br>**Goal:** To maintain sobriety and drug-free status.<br>Objective #1: Follow your relapse prevention plan.<br>Objective #2: Attend all recommended clinical groups.<br>Objective #3: Continue to give full and accurate substance abuse history.<br>**Treatment Approach:**<br>AA group    M. Daly LCSW<br>**Progress:** You are not attending the recommended AA/NA Group. |
| 1.2 | **Problem:** You smoke cigarettes on a daily basis<br>Objective #1: Verbalize a desire to stop smoking.<br>Objective #2: Educate yourself as to the harmful effects smoking may have to your health.<br>**Treatment Approaches:**<br>Smoking cessation group<br>**Progress:** You have recently stopped smoking and are doing well. |
| 2.1 Axis II | **Problem:** You have a personality that is marked by impulsiveness, unstable interpersonal relationships and poor judgment. You have a history of undermining your self at the moment a goal is about to be realized.<br>**Goal:** To verbalize the effects that your personality disorder has had on your life and to display and practice strategies that will help you to have more understanding of others feelings.<br>Objective #1: Attend all recommended clinical groups<br>Objective #2: Verbalize your feelings in an appropriate manner.<br>Objective #3: Develop and maintain relationships that are healthy for you.<br>Objective #4: Use your personal preferences when stressed.<br>**Treatment Approaches:**<br>Treatment Approaches: Same as 1.1<br>Staff Assigned: Same as 1.1<br>DBT based group and individual therapy for 2.0 hrs./wk total., Don Giannini.<br>**Progress:** You no longer attend any therapeutic groups and are not cooperating with the treatment team. |
| 2.2 Antisocial Personality Disorder | **Problem:** You have a personality structure that is marked by a history of violating the rights of others, irritability, impulsivity, failure to conform to social norms.<br>**Goal:** To remain clinically stable.<br>Objective #1: You need to discuss your diagnosis within groups or in individual therapy.<br>Objective #2: You will begin to verbalize insight into your personality disorder and how it affects your life.<br>**Treatment Approaches:**<br>Same as 1.1 and 2.1 |

| | |
|---|---|
| | Progress: You have stopped attending DBT group and as a result, you no longer have your individual DBT therapist. You have asked for an individual therapist not for DBT and we are requesting a psychiatric resident for you. |
| 3.1 Medical | Problem: Hypothyroidism. <br> Goal: Remain symptom free <br> Objective #1: Comply with all medical recommendations <br> Objective #2: Comply with medications as recommended by your physician. <br> Objective #3: Comply with recommendations of your physical therapist. <br> Treatment Approaches: <br> Medical Evaluations as needed.                   Donald Timmerman., MD <br> Lab work as recommended. <br> Progress: You comply with most recommendations. |
| 3.2 Medical | Problem: Hyperlipidemia <br> Goal: To remain symptom free. <br> Objective #1: Adhere to all medical recommendations <br> Objective #2: Report all health concerns. <br> Objective #3: Cooperate with exercise plan and dietary recommendations <br> Treatment Approaches: <br> Medical Evaluations as needed.                   Donald Timmerman, M.D. <br><br>                   Todd Martin, RT II <br> Progress: You are cooperative with most recommendations. |
| 4.1 Health Maintenance | Problem: You are in need of measures to maintain good health. <br> Goal: To maintain good health <br> Objective #1: Cooperate with all medical recommendations and assessments. <br> Objective #2: Report all health concerns. <br> Objective #3: Adhere to all medical and health recommendations <br> Treatment Approaches: <br> Medical Assessments as needed.                   Donald Timmerman, M.D. <br> RN Counseling 1X per wk for 1 hr.         Heather Madison, RN <br> Dental Assessments as needed.                Jeffery Rosow, DDS <br> Regular Unit health Fitness group 2X per wk for 1 hr.   Todd Martin, RT II <br> Progress: You are cooperative with most recommendations. You are exercising and are maintaining good health. |
| 5.1 Legal | Problem: You are under the PSRB until 7/11/2034 <br> Goal: To cooperate fully with all recommendations of the PSRB. <br> Objective #1: Verbalize your understanding of the implication of being under the PSRB. <br> Objective #2: You will discuss in Individual and group sessions your crime and how it has affected your life. <br> Treatment Approaches: <br> NGRI Group 1X per wk for 1 hr.         Marita Daly, LCSW <br> Progress: You have been cooperating with most treatment. |
| 5.2 Risk Management | Problem: You have a history of AWOL. <br> Goal: Reduce Risk <br> Objective #1: You will maintain reliable and responsible behavior. <br> Objective #2: You earn a level 4 on a consistent basis for the next 3 months. <br> Objective #3: You will verbalize the effect that your AWOL behavior has had on your life. <br> Treatment Approaches: <br> Unit 5 milieu                   Unit 5 staff <br> PNC Time for 1 hr. 1X per wk.         PNC as assigned <br> Progress: You are currently a level 4, but you have not fully engaged in your treatment. |
| 8.1 Discharge Planning | Problem: You have returned to Whiting from serving a sentence for AWOL. <br> Goal: To move to a less restrictive setting. |

| | Objective #1: You will develop significant insight into your AWOL behavior. |
| --- | --- |
| | Objective #2: You take an active role in your recovery. |
| | Objective #3: You will cooperate with all clinical recommendations. |
| | **Treatment Approaches:** |
| | The Unit 5 staff and treatment team will be available to you as needed to go over your progress and treatment goals. You can request to meet with the treatment team as necessary. |
| | Unit 5 staff and Unit milieu |
| | **Progress:** You have refused to engage in your treatment. You have become more oppositional this quarter with staff. Your case has been presented to the FRC, they have recommended a DBT evaluation that you have refused to consider. You have recently requested an individual therapist (non- DBT) and we feel that that is good progress on your part. We will request that a psychiatric resident be assigned to you for individual therapy. |

DIAGNOSES:     Change of Diagnoses? [X] No   [ ] Yes
AXIS I
Polysubstance Dependence in full remission, in a controlled environment

Nicotine Dependence

AXIS II

Personality Disorder (Principle Diagnosis)

Antisocial Personality Disorder

AXIS III

Hypothyroidism

Hyperlipidemia

AXIS IV (Stressors):

[x] Problems with primary support group         [ ] Economic problems
[x] Problems related to social environment      [ ] Problems with access to health care services
[x] Educational problems                        [X] Problems related to interaction with the legal system/crime
[x] Occupational problems                       [ ] Other psychosocial & environmental problems
[ ] Housing problems

AXIS V   Current GAF __55__   Highest GAF in past year __70__
LONG TERM GOALS/DISCHARGE CRITERIA: Readiness for transfer to Dutcher Service.

Is the patient able to participate in Patient Education Activities? [X] Yes   [ ] No

If no, list barriers:

PHYSICIAN SIGNATURE                    RECORDER'S SIGNATURE

ATTENDEES:

John Young, MD _(signed)_          Heather Madison FHN

Sandra A. DeFrancesco, LCSW, Unit Director    Todd Martin, RTII

Marc Hillbrand, Ph.D.              Francine VanNesse

                                   , FN

Marita Daly, LCSW _(signed)_

INVOLVEMENT IN TREATMENT PLANNING:

I have attended my treatment planning meeting, and have had an opportunity to participate in developing my treatment plan. I am aware that if I receive a copy of this treatment plan that I assume responsibility for the confidentiality of this document and CVH is released from legal responsibility or liability for the confidentiality of the document I have received.

Patient/Personal Representative_____ Date

Patient participated but declined to sign [ ]

Staff Signature

*refused to attend 6/26/07*