UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM ROE, et al., on behalf of    :
Themselves and all others            :
Similarly situated                   :
                                     :
            Plaintiffs               :   CIVIL NO. H89-570 PCD
                                     :
       v.                            :
                                     :
MICHAEL HOGAN, et al.                :   September 27th, 2007
                                     :
            Defendants               :

### PLAINTIFFS' OBJECTION TO DEFENDANT'S OPPOSITION TO SUPPLEMENTAL MOTION FOR ORDER OF COMPLIANCE

The plaintiff, Roy Sastrom, objects to the defendant's opposition to his Supplemental Motion for Order of Compliance filed with this Court in August, 2007. The plaintiff has alleged in his Supplemental Motion that the defendant's were in violation of the consent since his original Motion for Order of Compliance by failing to review and update his treatment plan in accordance with the Agreement of Settlement.

The defendant's oppose the plaintiffs' Supplemental Motion for Order of Compliance. In support of the defendant's opposition they assert that there is no basis for the claim asserted by the plaintiff in his Supplemental Motion.

The defendant's contend in their present opposition that a three month treatment plan review for the plaintiff was held on June 26th, 2007. In support of this contention by the

defendant's, they offer as an exhibit the actual Treatment Plan Review which is dated June 26th, 2007. (**See defendant's exhibit A, attached to their opposition motion**).

The defendant's also offer a sworn affidavit by Sandra DeFrancesco who claims that the plaintiff, Roy Sastrom informed her, that he would not be attending the treatment plan review meeting concerning him that was scheduled for that day. The affidavit further claims that the treatment plan review meeting was held as scheduled and resulted in the June 26th, 2007, Treatment Plan Review document that is attached hereto as Exhibit A.

The plaintiff objects to the defendant's opposition, including the affidavit of Sandra DeFrancesco and the treatment plan review document presented as exhibit A.

The plaintiff first objects to the affidavit of Sandra DeFrancesco based on the fact that is it fictitious.

The plaintiff secondly objects to the defendant's exhibit A, on the basis that the document is fabricated and that the defendant's prepared it after the fact in an attempt to support their contention that a treatment plan review meeting was held, when it actually was not held. The plaintiff offers proof of his allegations that the defendant's have presented fictitious and fabricated evidence to support their opposition by way of his own declaration attached to this objection.

Based on the plaintiffs' objection and supporting declaration, this court should grant the plaintiffs' Supplemental Motion for Order of Compliance.

Signed this 26th, day of September, 2007,

*Roy Sastrom*
Roy Sastrom
P.O. Box 70, O'Brien Dr.
Middletown, Connecticut 06457

WILLIAM ROE, et al., on behalf of  :
Themselves and all others          :
Similarly situated                 :
                                   :
         Plaintiffs                :   CIVIL NO. H89-570
                                   :
    v.                             :
                                   :
MICHAEL HOGAN, et al.              :
                                   :
         Defendants                :

### DECLARATION OF ROY SASTROM IN SUPPORT OF HIS OBJECTION TO THE DEFENDANT'S OPPOSITION TO HIS SUPPLEMENTAL MOTION FOR ORDER OF COMPLIANCE

ROY SASTROM states:

I am the plaintiff in the above entitled action. I make this declaration in support of my objection which alleges that the defendant's have presented fictitious and fabricated evidence to this Court.

I am a client of the Whiting Forensic Division of Connecticut Valley Hospital in Middletown, Ct.

I presently reside on Unit 5 of Whiting Forensic Division.

I brought this case originally in May of 2007, seeking compliance of the Agreement of Settlement in this matter.

After the original Motion for order of Compliance was filed, and opposed by the defendant's, the defendant's continued not to comply with the Agreement of Settlement, by failing to hold a 3 month review and update of the plaintiffs' treatment plan as required by the Agreement of Settlement.

The defendant's failed to hold a scheduled treatment plan review on June 25th, 2007.

In August of 2007, the plaintiff filed his Supplemental Motion for Order of Compliance.

On September 14th, 2007, the same date of the defendant's opposition to the plaintiff's Supplemental Motion for Order of Compliance, the Unit 5 Social Worker Marita Daley approached the plaintiff and attempted to give him a copy of a treatment plan review document dated June 26th, 2007, defendant's exhibit A.

The plaintiff refused to take a copy of the document after noticing the date as being June 26th, 2007, almost three months prior.

The plaintiff received a copy of the defendant's opposition to his Supplemental Motion for Order of Compliance on September 26, 2007.

The plaintiff reviewed the defendant's opposition and the affidavit of Sandra DeFrancesco and the exhibit referred to in the defendant's opposition as exhibit A.

The plaintiff found that the affidavit of Sandra DeFrancesco submitted by the defendant's to be fictitious as to the following;

a. The plaintiff did not inform Sandra DeFrancesco on June 26th, 2007, that he would not be attending the treatment plan review Meeting.

b. The treatment plan review meeting was never held, and the treatment plan was never reviewed or updated.

c. The exhibit presented to the Court is fabricated, which is evidenced by a signature of the defendant, John Young as being in attendance, when in fact the defendant John Young was on leave of absence of employment from June 22nd, 2007 to July 2nd, 2007.

In light of the fact that the defendant's exhibit is fabricated, ultimately means that the affidavit is fictitious.

Furthermore, the document presented to the Court as exhibit A is believed to be confidential.

The plaintiff did not give authorization for the defendant's to release the confidential information in regards to the plaintiff's diagnosis, and treatment.

The defendant's without the plaintiffs' authorization transmitted the plaintiffs' confidential information to their counsel, Thomas Ring, Assistant Attorney General for the State of Connecticut by fax.

Pursuant to 28 U.S.C., section 1746, I declare under the penalty of perjury that the foregoing is true and correct. Signed this 26th, day of September, 2007,

_____
Roy Sastrom
P.O. Box 70, O'Brien Dr.
Middletown, Connecticut 06457

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, et al., on behalf of Themselves and all others Similarly situated | : | |
| Plaintiffs | : | CIVIL NO. H89-570 |
| v. | : | |
| MICHAEL HOGAN, et al. | : | September 27th, 2007 |
| Defendants | : | |

## REQUESTS FOR EVIDENTIARY HEARING

With regards to the plaintiffs' Objection to the defendant's Opposition to his Supplemental Motion for Order of Compliance, the plaintiff respectfully request that the Court schedule an evidentiary hearing in order to afford the plaintiff the opportunity to present further evidence in support of his objection with respect to the seriousness of his allegations in regards to the defendant's submission of fictitious and fabricated evidence.

Respectfully
Submitted,

Roy Sastrom,
Plaintiff, pro se

## CERTIFICATION

I hereby certify that the attached Objection to the Defendant's opposition to his Supplemental Motion for Order of Compliance, the plaintiffs' declaration, and request for evidentiary was mailed to counsel for the defendant's, Thomas Ring, Assistant Attorney General, 55 Elm St., Hartford, Connecticut 06106, on September 26th, 2007.

Signed this 26th, day of September, 2007,

*[signature]*
Roy Sastrom
Whiting Forensic Division
Connecticut Valley Hospital
P.O. Box 70, O'Brien Dr.
Middletown, Connecticut 06457