## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL., on behalf of , | : | |
| Themselves and all others similarly situated | : | CIVIL ACTION NO. H89-570 (PCD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL, | : | |
| *Defendants* | : | NOVEMBER 6, 2007 |

### **APPEARANCE**

TO THE CLERK OF THE UNITED STATES COURT DISTRICT OF CONNECTICUT.

    Please enter my appearance in addition to Assistant Attorney General Thomas J. Ring for the Defendants, in their official capacity only.

                                                   DEFENDANTS

                                                   RICHARD BLUMENTHAL
                                                   ATTORNEY GENERAL

                                                   Richard J. Lynch
                                                   Assistant Attorney General

                          BY:     /s/ Jacqueline S. Hoell
                                         Jacqueline S. Hoell
                                         Assistant Attorney General
                                         Federal Bar No. ct26950
                                         55 Elm Street, P.O. Box 120
                                       Hartford, CT  06141-0120
                                       jacqueline.hoell@po.state.ct.us
                                       Tel: (860) 808-5210
                                       Fax.: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 6th day of November, 2007, first class postage prepaid to:

Philip D. Tegeler, Esquire
Connecticut Civil Liberties Union Foundation
32 Grand Street
Hartford, CT  06106

Robert Schapira
Whiting Forensic Division
70 O'Brien Drive
Middletown, CT  06457

/s/ Jacqueline S. Hoell
Jacqueline S. Hoell
Assistant Attorney General