UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL. | : | |
| *Plaintiffs* | : | CIVIL ACTION NO. H89-570(PCD) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL. | : | |
| *Defendants* | : | November 6, 2007 |

## DEFENDANTS' MOTION FOR ORDER TO SEAL DOCUMENT

The defendants move for an Order of the Court sealing the document attached as Exhibit A to the affidavit of Sandra DeFrancesco, which was submitted as an attachment to the Defendants' Opposition to Supplemental Motion for Order of Compliance dated September 14, 2007. The defendants make this motion based on the fact that the document attached as Exhibit A to the affidavit of Ms. DeFrancesco is part of the medical record of the plaintiff Roy Sastrom and contains health information personal to Mr. Sastrom.

It is the understanding and belief of the undersigned counsel for the defendants that the plaintiff Roy Sastrom does not oppose the sealing of the document in question.

ORAL ARGUMENT NOT REQUESTED

                                                DEFENDANTS

BY:    /s/ Thomas J. Ring_____  
         Thomas J. Ring  
         Assistant Attorney General  
         Federal Bar No. ct08293  
         55 Elm Street  
         P.O. Box 120  
         Hartford, CT  06141-0120  
         Tel: (860) 808-5210  
         Fax: (860) 808-5385  
         Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Order to Seal Document was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 6th day of November, 2007 to:

Mr. Roy Sastrom
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

        /s/ Thomas J. Ring
        Thomas J. Ring
        Assistant Attorney General