UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL | : | CIVIL ACTION NO. |
| *Plaintiff* | : | H89-570 (PCD) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL | : | |
| *Defendants.* | : | NOVEMBER 20, 2007 |

### **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendants respectfully request an extension of time to December 17, 2007 to file a response to the Motion for Order Compliance, dated October 9, 2007 and filed by the individual plaintiff Robert Shapira. The defendants make this request for the following reasons:

Counsel for the defendants is in the process of drafting a response to the Motion for Order of Compliance. This process requires, among other things, reviewing the terms of the Agreement of Settlement entered into by the parties in 1990, reviewing documents relating to Mr. Shapira, and speaking with various individuals at Connecticut Valley Hospital concerning the particulars of the issues raised in the motion. This process has not yet been completed, but should be within the next thirty days.

Mr. Shapira, who filed the Motion for Order of Compliance as an individual plaintiff in the above-referenced action, has been contacted and stated that he does not object to this request for extension of time.

This is the first extension of time requested by defendants in response to Mr. Shapira's Motion for Order of Compliance.

                        DEFENDANTS

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

                        Richard J. Lynch
                        Assistant Attorney General


BY:      __/s/ Jacqueline S. Hoell_____
            Jacqueline S. Hoell
            Assistant Attorney General
            Federal Bar No. ct26950
            55 Elm Street. P.O. Box 120
            Hartford, CT  06141-0120
            Tel:  (860) 808-5210
            Fax:  (860) 808-5385
            Jacqueline.hoell@po.state.ct.us

**CERTIFICATION**

I hereby certify that a true an accurate copy of the foregoing motion was served by first-class mail, postage prepaid in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on the 20th day of November, 2007 to:

Mr. Robert Shapira
Connecticut Valley Hospital
Whiting Forensic Division
70 O'Brien Drive
Middletown, CT  06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT  06106

    /s/ Jacqueline S. Hoell
Jacqueline S. Hoell
Assistant Attorney General