UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM ROE, ET AL.
*Plaintiffs*                                         :    Case 2:89-cv-00570-PCD
                                                     :
v.                                                   :
                                                     :
MICHAEL HOGAN, ET AL.
*Defendants*                                         :    November 30, 2007

## DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION

The defendants file this response to Plaintiff's Objection to Defendant's Opposition to Supplemental Motion for Order of Compliance (docket entry # 122, filed 9/28/07) for the limited purpose of responding to the plaintiff's charge that an exhibit submitted to this Court by the defendants was "fabricated." Plaintiff's Objection, p. 2. The exhibit in question was attached as Exhibit A to the Affidavit of Sandra DeFrancesco, which was submitted in support of the Defendants' Opposition to Supplemental Motion for Order of Compliance (docket entry # 121, filed 9/18/07). Mr. Sastrom has alleged that the

The document alleged by Mr. Sastrom to have been fabricated is the Treatment Plan Review document concerning Mr. Sastrom from June of 2007. According to Mr. Sastrom, "[t]he exhibit presented to the Court is fabricated, which is evidenced by a signature of the defendant, John Young as being in attendance, when in fact the defendant John Young was on leave of absence of employment from June 22nd, 2007 to July 2nd, 2007." Declaration of Roy Sastrom in Support of His Objection to the Defendant's Opposition to His Supplemental Motion for Order of Compliance, p. 3.

Attached to this response is the affidavit of Patrick Fox, M.D., who is the Director of the Whiting Forensic Division at Connecticut Valley Hospital, where Roy Sastrom currently is

located. As explained in Dr. Fox's affidavit, and in the October 12, 2007 letter from Dr. Fox to Mr. Sastrom attached to the affidavit, while Dr. John Young was not available to participate in the treatment plan review meeting that took place on June 26, 2007, Dr. Young subsequently signed the Treatment Plan document to acknowledge his agreement with the contents of that document. Affidavit of Dr. Fox, Ex. A. In his letter, Dr. Fox further assured Mr. Sastrom that with regard to all future treatment plan review, Mr. Sastrom would be invited to participate and collaborate in the development of his plan, will be provided an explanation of clinical rationale, and will be given an opportunity to comment and ask questions. Id. Mr. Sastrom will also be afforded the opportunity to notify Advocacy Services in advance should he desire representation in the treatment plan review process. Id.

The Affidavit of Dr. Fox, together with his letter to Mr. Sastrom, demonstrates that the Treatment Plan document concerning Mr. Sastrom was not fabricated as alleged in the plaintiff's opposition. These submissions clarify the involvement of Dr Young in the review process, i.e., that while he was not present at the June 26, 2007 treatment planning meeting, he subsequently signed onto the plan as Mr. Sastrom's treating psychiatrist in order to document his agreement with it.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Thomas.Ring@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Response to Plaintiff's Objection was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of November, 2007 to:

Mr. Roy Sastrom
P.O. Box 351
Silver Street
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

Thomas J. Ring
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM ROE, ET AL.
    *Plaintiffs*                     :      Case 2:89-cv-00570-PCD

v.

MICHAEL HOGAN, ET AL.     :      November 29, 2007
    *Defendants*

## AFFIDAVIT OF PATRICK FOX, M.D.

Patrick Fox, M.D., being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge and review of official records.

3. I am currently the Director of the Whiting Forensic Division at Connecticut Valley Hospital, which includes the Whiting maximum-security services.

4. In a letter to Roy Sastrom dated October 12, 2007, I responded to concerns Mr. Sastrom had raised relating to the involvement of Dr. John Young in Mr. Sastrom's Treatment Plan on June 26, 2007. A copy of that letter is attached hereto as Exhibit A.

5. As indicated in my letter to Mr. Sastrom, although Dr. Young was not available to participate in the treatment plan review meeting on June 26, 2007, Dr. Young subsequently signed the Treatment Plan document to acknowledge his agreement with the contents of that document. Exhibit A.

6. I further assured Mr. Sastrom that with regard to all future treatment plan review, he will be invited to participate and collaborate in the development of his plan, will be provided an explanation of clinical rationale, and will be given an opportunity to comment and ask questions.

He will also be afforded the opportunity to notify Advocacy Services in advance should he desire representation in the treatment plan review process.

---
Patrick Fox, M.D.

Subscribed and sworn to before me this 29th day of November, 2007.

---
Thomas J. Ring
Commissioner of the Superior Court

11/27/2007 TUE 13:44 FAX 860 262 5485 Whiting Div Director ☒002/002
Case 2:89-cv-00570-PCD   Document 128   Filed 12/07/2007   Page 7 of 7

Exhibit A



# STATE OF CONNECTICUT
## DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES
### CONNECTICUT VALLEY HOSPITAL
### WHITING FORENSIC DIVISION

October 12, 2007

Dear Mr. Roy Sastrom:

Thank you for your correspondence regarding your concern about Dr. Young's lack of involvement in your Treatment Plan scheduled on June 26, 2007. Please know that Dr. Young signed the Treatment Plan to acknowledge his agreement with the contents of the document; however, was not available to participate when the review was scheduled by the Unit Director, Ms. Sandy DeFrancesco. Ms. DeFrancesco did state that you declined to participate in your treatment plan review meeting on that date.

I have reviewed the Integrated Recovery Treatment Plan Process policy with Ms. DeFrancesco and Dr. Young which will be followed in all future treatment plan reviews. Please be assured that you will be invited to participate and collaborate in the development of your plan, will be provided an explanation of clinical rational, and will be given an opportunity to comment and ask questions. Also, we will afford you the opportunity to notify Advocacy Services in advance should you desire representation. Your Treatment team participants will be your Attending Psychiatrist, Social Worker, Rehabilitation Therapist and a Registered Nurse as well as other clinical staff as deemed necessary.

I appreciate your sincere interest in participating in a collaborative process in your recovery treatment plan.

Sincerely,

Patrick K. Fox, MD
Division Director

PF/kl