# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM ROE, ET AL. *Plaintiff* | CIVIL ACTION NO. H89-570(PCD) |
| v. | |
| MICHAEL HOGAN, ET AL *Defendants.* | January 8th, 2008 |

## PLAINTIFFS' MOTION TO EXTEND TIME

The plaintiff, Robert Schapira requests that this Court grant him an extension of time in which to file an objection to the defendant's opposition to his motion for order of compliance. The plaintiff is confined in a psychiatric facility and does not have access to a law library nor does he have a legal assistance program available to him.

Signed this 9th day of January, 2008,

_____
Robert Schapira
Whiting Forensic Division
Connecticut Valley Hospital
70 O'Brien Dr.
Middletown, Ct. 06457

## CERTIFICATION

I hereby certify that a copy of this Motion to Extend Time was mailed on January 9th, 2008, to counsel for the defendant's;

Jacqueline S. Hoell,
Assistant Attorney General
55 Elm Street. P.O. Box 120
Hartford, CT 06141-0120

_____
Robert Schapira
70 O'Brien Dr.
Middletown, Ct. 06457