UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, ET AL., | : | CIVIL ACTION NO. H89-570 (PCD) |
|    *Plaintiffs* | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, ET AL., | : | February 7, 2008 |
|    *Defendants* | | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION
TO   MOTION FOR APPOINTMENT OF COUNSEL**

The defendants hereby oppose Kenneth B. Ruggles' Motion for Appointment of Counsel, dated January 7, 2008, for the following reasons:

The Federal Rules of Civil Procedure require that the legal interests of a class be at all times represented by qualified, experienced counsel designated by the court. See *Foe v. Cuomo*, 892 F.2d 196, 198 (2d Cir. 1989), cert. denied 498 U.S. 972 (1990); *U.S. Trust Co. of New York v. Alpert*, 163 F.R.D. 409, 417 (S.D.N.Y. 1995).  The Connecticut Civil Liberties Union (CCLU) has been designated by the Court as class counsel in the instant action.  At no time from the initiation of the suit until the present  has the status of the CCLU as class counsel changed. Consequently, although the Court has permitted individual plaintiffs to file motions seeking compliance with the Consent Order in this case on their own behalf, the legal interests of the plaintiff class has been and must be represented by the CCLU and any legal action taken on behalf of the plaintiff class, other than by plaintiffs themselves, must be taken by the CCLU.

In short, the plaintiffs are already represented by counsel that the Court has determined to be qualified to represent the interests of all plaintiffs.  As a result, the Motion for Appointment of Counsel filed by Mr. Ruggles is both unnecessary and inappropriate and should be denied.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:   /s/ Thomas J. Ring
      Thomas J. Ring
      Assistant Attorney General
      Federal Bar No. ct08293
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      Thomas.Ring@po.state.ct.us

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Memorandum in Opposition to Motion for Appointment of Counsel was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of February, 2008 to:

Mr. Kenneth B. Ruggles
P.O. Box 351
Middletown, CT 06457

Attorney Philip D. Tegeler
Connecticut Civil Liberties Foundation
32 Grand Street
Hartford, CT 06106

Assistant Attorney General Jacqueline Hoell
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

/s/ Thomas J. Ring_____
Thomas J. Ring
Assistant Attorney General