UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2008 MAY 12  P 12: 0:

U.S. DISTRICT COUR'
NEW HAVEN, CT

WILLIAM ROE, et al

    Plaintiffs

    V.                       CIVIL NO. H89-570 (PCD)

MICHAEL HOGAN, et al

    Defendants              MARCH 15, 2008

## MOTION FOR WRIT OF MANDAMUS

    The Plaintiff Kenneth B. Ruggles, in the above entitled action, hereby motions to the Court of Judge Peter C. Dorsey, for a Writ of Mandamus directed to Luis Perez, Chief Executive Officer of Connecticut Valley Hospital. This Writ of Mandamus is to Order CEO Luis Perez, to enforce Order of Writ of Habeas Corpus of which Order of Writ of Habeas Corpus has already been served upon CEO Luis Perez, and has not been enforced.

    An Order of Praecipe has already been served on CEO Luis Perez, in conjunction with Order in Writ of Habeas Corpus.

    The foregoing Motion is necessary in order to secure the Plaintiff, Kenneth B. Ruggles, release from State Custody, as Ordered in his Writ of Habeas Corpus.

                By Plaintiff, *Kenneth B. Ruggles*

                Kenneth B. Ruggles    Date: March 15,2008

                P.O. Box 351, Middletown, CT 06457

## CERTIFICATION

I hereby Certify that a copy of the foregoing Motion for Writ of Mandamus was mailed to Defendant and to the State of Connecticut Attorney General, on _5-7-08_

Luis Perez CEO

Connecticut Valley Hospital

351 Silver Street

Middletown, CT   06457


Attorney General

Richard Blumenthal

55 Elm Street

P.O. Box 120

Hartford, CT 06141-0120

By Plaintiff, _Kenneth B. Ruggles_

Kenneth B. Ruggles

P.O. Box 351

Middletown,CT   06457