UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM ROE, et al

    Plaintiffs

V.                             CIVIL NO. H89-570 (PCD)

MICHAEL HOGAN, et al         FEBRUARY 18, 2008

    Defendants

## MOTION FOR PETITION OF HABEAS CORPUS

    Plaintiff, Kenneth B. Ruggles, in the above Action, hereby motions for a Petition of Habeas Corpus, in accordance with his Complaint of *Roe v. Hogan*, AGREEMENT OF SETTLEMENT, whereby Plaintiff claims he is being deprived of liberty without due process of law.

    The Plaintiff, Kenneth B. Ruggles, is being confined at the Dutcher Hall, on the grounds of the Connecticut Valley Hospital in Middletown, CT.

    The Plaintiff, Kenneth B. Ruggles, is an Special Agent for the United States Department of Justice, having investigated organized crime at the Connecticut Valley Hospital, as an under-cover Operative, is now seeking extraction from confinement, to be with United States Government Officials, to report his findings.

2

Wherefore the Plaintiff, now Motions for a Petition for Writ of Habeas Corpus, under United States District Judge Peter C. Dorsey, 450 Main Street, Hartford, CT, the Plaintiffs contact for this Federal operation.

This motion need not be served on the defendant for security reasons, concerning the National Security of The UNITED STATES OF AMERICA.

Date: 2-18-08

By Plaintiff,

*Kenneth B. Ruggles*

Kenneth B. Ruggles

United States Department of Justice