UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, et al., | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 2:89-cv-570 (PCD) |
| | : | |
| MICHAEL HOGAN, et al., | : | |
|     Defendants. | : | |

## ORDER

Plaintiff Kenneth B. Ruggles has made two motions challenging his present confinement at Dutcher Hall in the Connecticut Valley Hospital in Middletown, Connecticut [Motion for Petition of Habeas Corpus, February 18, 2008; Motion for Writ of Mandamus, March 15, 2008]. The Court had anticipated that a Replacement Monitor would be appointed in this case who could assist Mr. Ruggles with his claims before the Court reviewed them. However, because the appointment of a new Monitor has been delayed, the Court will deal with the motions on their merits. Defendants may file a response to Mr. Ruggles' motions on or before June 20th, 2008.

SO ORDERED.

Dated at New Haven, Connecticut, this 2nd day of June, 2008.

                                                    /s/
                                        Peter C. Dorsey, U.S. District Judge
                                        United States District Court