UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROE, et al., | : | NO.  2:89-cv-570 (PCD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HOGAN, et al, | : | |
| *Defendant.* | : | JUNE 18, 2008 |

### AFFIDAVIT OF MARILYN SMITH-COTTERELL LCSW

I, Marilyn Smith-Cotterell LCSW, having been sworn, deposes and says:

1.  I am over eighteen years of age and believe in the obligation of an oath.  This affidavit is based on my personal knowledge.

2.  I am the Forensic Coordinator of the Whiting Forensic Division at the Connecticut Valley Hospital (hereinafter "Whiting").  I have been serving in that capacity since 1998.

3.  Kenneth Ruggles is an acquittee who was committed to the jurisdiction of the Psychiatric Security Review Board (hereinafter "the PSRB") effective October 23, 1987 by operation of law pursuant to Conn. Gen. Stat. § 17a-580.  This jurisdiction was based on the Danbury Superior Court commitment for a period not to exceed forty (40) years after he was acquitted by reason of mental disease or defect of the charges of two counts of attempted murder, assault on a peace officer and attempted assault on a peace officer.

4.  Mr. Ruggles commitment to the PSRB is due to expire on October 22, 2027.

5.  On August 24, 2004, by order of the PSRB, Mr. Ruggles was transferred from Whiting, a maximum security mental health facility, to the less restrictive setting of Dutcher Services at Connecticut Valley Hospital.

6.  Mr. Ruggles currently remains a patient at Dutcher Services at Connecticut Valley Hospital.

Marilyn Smith-Cotterell LCSW
Forensic Coordinator

STATE OF CONNECTICUT:

COUNTY OF MIDDLESEX:

Sworn and subscribed before me on this 18 th day of June, 2008

_____
Notary  Public

My Commission expires on_____1/31/2013_____