UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM ROE, et al

    Plaintiffs

V.                    CIVIL NO. H89-570 (PCD)

MICHAEL HOGAN, et al

    Defendants             JUNE 23, 2008

## PLAINTIFFS MOTION FOR SUBPOENA

Plaintiff Kenneth B. Ruggles, hereby motions for Subpoena directed to defendant Luis Perez, ordering him to produce the plaintiff to the Court of U.S. District Judge Dorsey, at a date and time and place pleasing to the Court, for the purpose of enforcing Order in the plaintiffs Writ of Habeas Corpus, and Order in the plaintiffs Writ of Mandamus.

By Plaintiff *Kenneth B. Ruggles*

Date: 6-23-2008

Kenneth B. Ruggles

P.O. Box 351

Middletown, CT 06457

## CERTIFICATION

I hereby Certify that a copy of the foregoing Motion for Subpoena was mailed to Defendant and to the State of Connecticut Attorney General, on _6-23-2008_

Luis Perez CEO

Connecticut Valley Hospital

351 Silver Street

Middletown, CT   06457


Attorney General

Richard Blumenthal

55 Elm Street

P.O. Box 120

Hartford, CT 06141-0120

By Plaintiff, _Kenneth B. Ruggles_

Kenneth B. Ruggles

P.O. Box 351

Middletown, CT   06457