UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM ROE, et al., on behalf of themselves and all others similarly situated, | : |
| Plaintiffs, | : |
| v. | : Civ. No. H89-570 (PCD) |
| MICHAEL HOGAN, et al, | : |
| Defendants. | : |
| | : July 24, 2008 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Philip Tegeler requests leave to withdraw his appearance for plaintiff in this action. Mr. Tegeler is no longer affiliated with the ACLU. The ACLU-CT is actively searching for a person to act as a monitor in this case.

Respectfully Submitted,

BY: _____
Philip D. Tegeler
Fed. Bar No. ct05515
Attorney for Plaintiff
1015 15th St. NW #400
Washington, DC  20005
202-360-3906

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM ROE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HOGAN, et al,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civ. No. H89-570 (PCD)<br>:<br>:<br>:<br>:<br>:  July __, 2008<br>: |

## ORDER

Having considered Motion for Withdrawal of Appearance of Philip D. Tegeler as plaintiffs' counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this ____ day of _____, 2008. It is SO ORDERED.

_____
Judge Presiding

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, to David McGuire, ACLU of CT, 32 Grand Street, Hartford, CT 06106 and Thomas J. Ring, Assistant Attorney General, The Office of the Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 on this 24th day of July, 2008.

_____
Philip D. Tegeler

3