UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

WILLIAM ROE, et al., on behalf of themselves : 
and all others similarly situated, :
:
**Plaintiffs,** :
:
v. : Civ. No. H89-570 (PCD)
:
MICHAEL HOGAN, et al., :
:
**Defendants.** : July 30, 2008

---

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Jeremy G. Zimmermann requests leave to withdraw his appearance for plaintiff in this action. Mr. Zimmermann is not affiliated with the ACLU. The ACLU-CT is actively searching for a person to act as a monitor in this case.

Respectfully Submitted,

BY: _____
Jeremy G. Zimmermann
Federal Juris No.: CT 04154
Attorney for Plaintiff
Wiggin & Dana
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832
203-498-4316

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| WILLIAM ROE, et al., on behalf of themselves and all others similarly situated, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. H89-570 (PCD) |
| : | |
| MICHAEL HOGAN, et al., : | |
| : | |
| Defendants. : | July ___, 2008 |

---

### ORDER

Having considered Motion for Withdrawal of Appearance of Jeremy G. Zimmermann as plaintiff's counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this _____ day of _____, 2008.

It is SO ORDERED.

_____
Judge Presiding

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, to David McGuire, ACLU of CT, 32 Grand Street, Hartford, CT 06106 and Thomas J. Ring, Assistant Attorney General, The Office of the Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 on this 30th day of July, 2008.

_____
Jeremy G. Zimmermann