## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------- :
WILLIAM ROE, et al., on behalf of        :
themselves and all others similarly      :
situated,                                :
                                         :
        Plaintiffs                       :        Civ. No. H89-570 (PCD)
                                         :
v.                                       :
                                         :
MICHAEL HOGAN, et al.                    :
                                         :
        Defendants                       :        July 31, 2008
------------------------------------------------- :
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure, the undersigned, Lori Rittman Clark respectfully moves the Court to withdraw her appearance for the plaintiffs in this action. In support of this motion, the undersigned respectfully represents as follows:

1.     The undersigned worked on this case when she was associated with Wiggin & Dana, LLP.

2.     The undersigned has not been associated with Wiggin & Dana, LLP since approximately 2004.

3.     The undersigned has not been involved in any way with this case since that time.

4.     The undersigned was under the mistaken belief that she filed a Motion to Withdraw Appearance when she left Wiggin & Dana, LLP in or about 2004, and that the motion had been acted upon.

**ORAL ARGUMENT IS NOT REQUESTED**

5.    It has only recently come to the undersigned's attention that she is still listed as an attorney of record on this case. She now seeks to correct this error.

6.    **The** undersigned understands, from the Motion to Withdraw recently filed by Jeremy G. Zimmermann of Wiggin & Dana, LLP, that the ACLU-CT is actively searching for a person to act as a monitor in this case. Like Attorney Zimmermann, the undersigned is also not affiliated with the ACLU.

WHEREFORE, the undersigned respectfully requests the Court to grant her Motion to Withdraw Appearance.

RESPECTFULLY SUBMITTED,


Lori Rittman Clark (ct19908)
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I, 35th Floor
Hartford, CT 06103-3488
Tel. (860) 725-6211
Fax: (860) 278-3802
Email: lclark@tylercooper.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
---------------------------------------- :
WILLIAM ROE, et al., on behalf of       :
themselves and all others similarly     :
situated,                               :
                                        :
        Plaintiffs                      :      Civ. No. H89-570 (PCD)
                                        :
v.                                      :
                                        :
MICHAEL HOGAN, et al.                   :
                                        :
        Defendants                      :      _____ _____, 2008
---------------------------------------- :
```

## ORDER

Having considered the Motion for Withdrawal of Appearance of Lori Rittman Clark as plaintiffs' counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this _____ day of _____, 2008.

It is SO ORDERED.

_____
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system. In addition, the undersigned has on this date mailed a copy of the foregoing by first-class mail, postage prepaid, to David McGuire, ACLU of CT, 32 Grand Street, Hartford, CT 06106 and Thomas J. Ring, Assistant Attorney General, The Office of the Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 on this 31st day of July, 2008.

_____

Lori Rittman Clark

4