UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM ROE, et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 2:89-cv-00570 (KAD) |
| v. | |
| MICHAEL HOGAN, et al., | June 28, 2021 |
| Defendants. | |

**JOINT MOTION FOR A STATUS CONFERENCE**

Plaintiffs and Defendants, by and through their counsel of record, file this Joint Motion for a Status Conference to respectfully request that the Court set a telephonic status conference in the above-referenced matter. The purpose of the requested Conference is to discuss the current status of the case, to set a case schedule, and discovery.

The parties have conferred and respectfully request that, depending upon the Court's availability, the conference be set for Wednesday, July 7 or Friday, July 9 or as soon thereafter as the Court is available. The parties further request that the status conference be by telephone.

For the foregoing reasons, the Parties' Joint Motion for a Status Conference should be granted.

DATED: June 28, 2021

                                            Respectfully Submitted,

                                            THE PLAINTIFFS,

By: s/ Kirk W. Lowry
Kirk Lowry (ct27850)
Kathy Flaherty (ct19344)
Connecticut Legal Rights Project, Inc.
P.O. Box 351, Silver Street
Middletown, CT 06457
Phone: (860) 262-5017
Fax (860) 262-5035
Email: klowry@clrp.org
         kflaherty@clrp.org


By: s/ Deborah A. Dorfman
Deborah A. Dorfman (phv20076)
Stephen Byers (ct30840)
Disability Rights Connecticut
846 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 297-4300
Fax: (860) 296-0055
Email: stephen.byers@disrightsct.org
         deborah.dorfman@disrightsct.org



THE DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

By: s/Emily V. Melendez
Emily V. Melendez
Assistant Attorney General
Federal Bar No. ct 21411
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5210
Fax (860) 808-5385
Emily.Melendez@ct.gov

s/Laura Thurston
Laura Thurston

2

Assistant Attorney General
Federal Bar No. ct 30612
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5210
Fax (860) 808-5385
Laura.Thurston@ct.gov

Certification

I hereby certify that on June 28, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Kirk W. Lowry
Kirk W. Lowry

=